# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARCUS HOPER, SR.,

      Plaintiff,

      v.                         Case No.:  6:26-cv-00230-CEM-LHP

JUDGE GEORGE TURNER, LINDA
PEREZ, JENNIFER CHEATHAM,
ERNIE PLAZA, II, SCHNADER
WHYNE,

      Defendants,

## ORDER

Before the Court are several motions.  Plaintiff has filed two Applications to Proceed in District Court Without Prepaying Fees or Costs (Long Form), dated February 7, 2026 (Doc. No. 6) and March 2, 2026 (Doc. No. 11), which have been construed as motions for leave to proceed *in forma pauperis*.  On review,  Plaintiff's initial motion for leave to proceed *in forma pauperis* (Doc. No. 6) is **DENIED as moot**. Plaintiff's second motion for leave to proceed *in forma pauperis* (Doc. No. 11) will be considered in due course.

Plaintiff has also filed a Motion for Extension of Time to Serve Defendants and Request for Consideration of In Forma Pauperis Motion (Doc. No. 7) and a Request for Extension of Time to Serve and Respond (Doc. No. 12).  On review,

neither motion includes a memorandum of legal authority demonstrating Plaintiff's entitlement to the relief requested therein, as required under Local Rule 3.01(b).  In addition, though both motions request extensions of time to serve Defendants, the clock on Plaintiff's time to effectuate service of process has not yet started to run given that the Court has now denied as moot Plaintiff's first motion for leave to proceed *in forma pauperis* (Doc. No. 6), and Plaintiff's second motion (Doc. No. 11) remains pending.  Accordingly, both motions for extension of time (Doc. Nos. 7, 12) are **DENIED as moot**.

The Court reminds Plaintiff that his *pro se* status does not absolve him from his duty to comply with all applicable Federal Rules of Civil Procedure and Local Rules.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties