UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARCUS HOPER, SR.,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-230-CEM-LHP**

**JUDGE GEORGE TURNER, LINDA PEREZ, JENNIFER CHEATHAM, ERNIE PLAZA, II and SCHNADER WHYNE,**

**Defendants.**
_________________________________/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 14). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 17), recommending that the Motion be denied and that this action be remanded to state court.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 14) is **DENIED**.
3. This case is **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida.
4. The Clerk of Court is **DIRECTED** to send a copy of the Order of Remand to the Eighteenth Judicial Circuit in and for Brevard County, Florida, terminate all other pending motions and close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 18, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party
Clerk of the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida